RECEIVED
AUG 10 2021
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
Saint Louis DIVISION

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

Alexander Howell 229043

v.

Department of Justice Services

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[X] Yes   [ ] No

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

I. **The Parties to this Complaint**

   A. **The Plaintiff**

   Name: Alexander E Howell III

   Other names you have used: Alexis

   Prisoner Registration Number: 229043

   Current Institution: Department of Justice Services St. Louis County Clayton Correctional Facility

   Indicate your prisoner status:

   [X] Pretrial detainee  [ ] Convicted and sentenced state prisoner
   [ ] Civilly committed detainee  [ ] Convicted and sentenced federal prisoner
   [ ] Immigration detainee  [ ] Other (explain): _____

   B. **The Defendant(s)**

   To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

   For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

   **Defendant 1**

   Name: Department of Justice Services

   Job or Title: provide "security, supervision, and assistance to those" mandated into their custody

   Badge/Shield Number: _____

   Employer: _____

   Address: 100 S. Central, Clayton, MO 63105

   _____ Individual Capacity    X Official Capacity

2

**Defendant 2**

Name: _____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

☐ Individual Capacity     ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I "am" deprived of my constitutional rights. due to (1) the lack of providing the "safety" and "welfare" of all people, (2) the concept of the enviorment is "structured" to provide a positive behavior management system," but Prevents the fulfillment of another right, (3) some physical aspects that are grossly inadequate, (4) and the most efficient way of creating conditions and circumstances of lockdown that self-sufficiency and or improvement are impossible. (5) Threats of retaliation, non life threatening and then later death, for grievance process and the initiation of filing a civil suit, (7-20-2021)

3

This has been happening since May around the dates of March 28 to March 11 when I was denied the use of the law library. Later around May, an officer continued to harass me by calling me an "it", "boy", "thing", "that", or even "he", just to bother me after being redirected by the Major and Prea Coordinator. This led to her ignoring me, refusing to assist me, and telling me im an abomination to the lord for being a male to female transgender. I'm housed in the "hole" with quarantining inmates, where there is mold and blood on the walls. I am isolated from general population with no reason of notice. I am threatened by multiple officers on almost a day to day basis for using the grievance and appeal process, if not already denied by officers. This is an on occuring event in 8B3 (8th floor, B3 pod.) As I may have been slightly depressed, my depression and anxiety increases, of shock, as well as weakening my breathing. The Major made excuses to not accomodate my needs for alot of grievances and did not respect my wishes of confidentiality or legal request. The director did nothing but sent someone to speak to me. Later on

### III. Injuries
July 20, 2021 at 8:25pm, my life was threatened by a sargent placing me under imminent danger.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was caused mental and physical abuse. I was consistently depressed and then began to get angered through anxiety leading to mood stabilizers and antidepressants being prescribed and or increased. Due to previously having asthma, my breathing got worse due to mold inhalation being prescribed an emergency inhaler at my request.

### IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I want the courts to drop and or lessen my charges, as well as pay 2.5 million dollars. $100,000 per alledgement, $500,000 per amendment right, and $500,000 for pain and suffering.

### V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

       [X] Yes      [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

St. Louis County Department of Justice Services

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

       [X] Yes      [ ] No      [ ] Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

       [X] Yes      [ ] No      [ ] Do not know

5

If yes, which claim(s)?

All Five claims, (1) the lack of providing the "safety" and "welfare" of all people, (2) the concept of the enviorment is "structured" to provide a positive behavior management system, but prevents the fulfillment of another right (3) grossly physical aspects, and (4) creating conditions/circumstances of lockdown that improvement is impossible (5) Like threats of retaliation.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes    [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes    [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Saint Louis County Department of Justice Services

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

I claimed to find in-facilitated relief which was not found for the alledgements. Even letters were written to the board committee, the media, and other governing authorities.

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

I was informed I would be checked back with in some cases, with the directors "charge coordinator" (Anthony Weaver). Now with the Major, he would claim to clarify things up, assess my need, or lie to me doing nothing at all.

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I wrote a letter of appeal the Major and even spoke to him in person. I've spoken to the "charge coordinator." I've written letters to all members of the board.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Alot of times I was denied the appeal process or even grievance by officers.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

VI. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☐ Yes        ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes        ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff _____

        Defendant(s) _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

   ☐ Yes

   ☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff _____

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

   ☐ Yes

   ☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of July, 2021.

Signature of Plaintiff  *[signature]*

10